TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00173-CR

Michael Keith Hamann, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 95-155-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to dismiss this appeal from a judgment of conviction
for driving while intoxicated. Tex. R. App. P. 59(b). The motion is granted. The appeal is
dismissed.

Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: April 24, 1996

Do Not Publish